**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Class Act Restaurant Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1485718** | |
| 4. | **Debtor's address** | **Principal place of business**  **202 SE 21st Avenue**  **Deerfield Beach, FL 33441**  Number, Street, City, State & ZIP Code  **Broward**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201                   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor **Class Act Restaurant Group, LLC**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Class Act Restaurant Group, LLC**      Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    Debtor's principal address
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Class Act Restaurant Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor  **Class Act Restaurant Group, LLC**                     Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 1, 2024**
             MM / DD / YYYY

X **/s/ Panagiota Lazarou-Amanna**                          **Panagiota Lazarou-Amanna**
   Signature of authorized representative of debtor          Printed name

Title

**18. Signature of attorney**

X **/s/ David A. Ray Florida Bar Number**                   Date **July 1, 2024**
   Signature of attorney for debtor                              MM / DD / YYYY

**David A. Ray Florida Bar Number 13871**
Printed name

**David A. Ray, P.A.**
Firm name

**303 SW 6th Street**
**Fort Lauderdale, FL 33315**
Number, Street, City, State & ZIP Code

Contact phone  **954-399-0105**       Email address  **dray@draypa.com**

**Florida Bar Number 13871 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Class Act Restaurant Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO BOX 650448 Dallas, TX 75265-0448 | | Credit card purchases | | | | $11,260.11 |
| **APEX** 2875 NE 191 St Miami, FL 33180 | | Business Funding | | $251,400.00 | $0.00 | $251,400.00 |
| **Chase INK Visa Card** P.O. Box 1423 Charlotte, NC 28201-1423 | | Credit card purchases | | | | $14,741.91 |
| **Cheney Brothers** One Cheney Way West Palm Beach, FL 33404-7000 | | Trade debt | | | | $8,086.49 |
| **Cusano's Italian Bakery, Inc.** 5480 West Hillboro Blvd Pompano Beach, FL 33073 | | Trade debt | | | | $2,716.79 |
| **DLP** 188 Grand Street Unit 188 New York, NY 10013 | | Business Funding | | $126,000.00 | $0.00 | $126,000.00 |
| **Florida Department of Revenue Bankruptcy Section** POB 6668 Tallahassee, FL 32314-6668 | | | | | | $28,776.59 |
| **Florida Power and Light** General Mail Facility Miami, FL 33188 | | Utilities | | | | $5,195.33 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Class Act Restaurant Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fox Funding** 803 S 21st Avenue Hollywood, FL 33020 | | **Business Funding** | | $99,000.00 | $0.00 | $99,000.00 |
| **GFS/Gordon Food Service** P.O. Box 88029 Chicago, IL 60680-1029 | | **Trade debt** | | | | $9,465.15 |
| **Internal Revenue Service Centralized Insolvency Operartion** PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $5,434.57 |
| **Mr. Greens** 2450 NW 116 Street Building 1 Miami, FL 33167 | | **Trade debt** | | | | $18,078.70 |
| **Mulligan Funding/Finwise** 4715 Viewridge Ave San Diego, CA 92123 | | **Business Funding** | | $216,222.00 | $0.00 | $216,222.00 |
| **On Deck** 1400 Broadway New York, NY 10018 | | **Business Funding** | | $78,461.60 | $0.00 | $78,461.60 |
| **Slate** 15 America Ave Suite 303 Lakewood, NJ 08701 | | **Business Funding** | | $240,250.00 | $0.00 | $240,250.00 |
| **Small Business Administration EIDL** PO Box 3918 Portland, OR 97208-3918 | | **Business Loan** | | | | $474,800.00 |
| **So Flo Distro, LLC** JOHN A. NAVARRO, P.A. 150 S PINE ISLAND RD 300 Plantation, FL 33324 | | **Trade debt** | | | | $4,890.10 |
| **Supreme Foods** 3911 SW 47th Suite 908-b Fort Lauderdale, FL 33314 | | **Trade debt** | | | | $12,753.80 |

Debtor **Class Act Restaurant Group, LLC**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sysco South Florida**<br>**12500 Sysco Way**<br>**Miami, FL 33178** | | **Trade debt** | | | | $10,583.55 |
| **Toast Capital (Webbank)**<br>**215 State St**<br>**Suite 1000**<br>**Salt Lake City, UT 84111** | | | | $60,796.04 | $0.00 | $60,796.04 |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 3

American Express
PO BOX 650448
Dallas, TX 75265-0448


APEX
2875 NE 191 St
Miami, FL 33180


Aramark Services, Inc.
PO Box 731676
Dallas, TX 75373-1676


Auto-Chlor Services, LLC
PO Box 669126
Dallas, TX 75266-9126


Chase INK Visa Card
P.O. Box 1423
Charlotte, NC 28201-1423


Cheney Brothers
One Cheney Way
West Palm Beach, FL 33404-7000


City of Deerfield Beach
150 NE 2nd Ave
Deerfield Beach, FL 33441


City of Deerfield Beach Utilities
401 SW 4th Street
Deerfield Beach, FL 33441


Comcast
PO Box 71211
Charlotte, NC 28272-1211


Cusano's Italian Bakery, Inc.
5480 West Hillboro Blvd
Pompano Beach, FL 33073


DLP
188 Grand Street
Unit 188
New York, NY 10013

```
Florida Department of Revenue
Bankruptcy Section
POB 6668
Tallahassee, FL 32314-6668


Florida Power and Light
General Mail Facility
Miami, FL 33188


Fox Funding
803 S 21st Avenue
Hollywood, FL 33020


FPUC/Florida Public Utilities
PO Box 825925
Philadelphia, PA 19182-5925


GFS/Gordon Food Service
P.O. Box 88029
Chicago, IL 60680-1029


Internal Revenue Service
Centralized Insolvency Operartion
PO Box 7346
Philadelphia, PA 19101-7346


Julius Meini North America, LLC
1441 SW 31st Ave
Pompano Beach, FL 33069


Manny's Enterprise
306 International Parkway
Fort Lauderdale, FL 33325


Marathon Foods, Inc.
1471 Neptune Dr
Boynton Beach, FL 33426


Mr. Greens
2450 NW 116 Street
Building 1
Miami, FL 33167
```

Mulligan Funding/Finwise
4715 Viewridge Ave
San Diego, CA 92123


New York Bakery Distributors, Corp.
261 W 22nd Street
Hialeah, FL 33010


On Deck
1400 Broadway
New York, NY 10018


Panagiota Lazarou-Amanna
5030 SW 109th Avenue
Fort Lauderdale, FL 33328


Slate
15 America Ave
Suite 303
Lakewood, NJ 08701


Small Business Administration EIDL
PO Box 3918
Portland, OR 97208-3918


So Flo Distro, LLC
JOHN A. NAVARRO, P.A.
150 S PINE ISLAND RD
300
Plantation, FL 33324


Supreme Foods
3911 SW 47th
Suite 908-b
Fort Lauderdale, FL 33314


Sysco South Florida
12500 Sysco Way
Miami, FL 33178


Toast Capital (Webbank)
215 State St
Suite 1000
Salt Lake City, UT 84111